UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

SHIELD PACKAGING CO., INC.,

    Plaintiff,

v.

STAR INSURANCE COMPANY, AIG CLAIMS and AIG SPECIALTY INSURANCE CO.,

    Defendants.

CIVIL ACTION NO. 1:19-cv-10451

## DEFENDANT AIG CLAIMS, INC.'S, MISNAMED "AIG CLAIMS", CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, the Defendant AIG Claims, Inc., misnamed "AIG Claims", states the following: AIG Claims, Inc. is incorporated in the state of Delaware with a principal place of business of 175 Water Street, New York, New York 10038 and is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

The Defendant,
AIG CLAIMS, INC.
By its attorneys,

/s/ Lincoln A. Rose
Tamara Smith Holtslag, BBO#634027
Lincoln A. Rose, BBO#691797
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2011
tsmith@peabodyarnold.com
lrose@peabodyarnold.com

Dated: April 2, 2019

## CERTIFICATE OF SERVICE

I, Lincoln A. Rose, hereby certify that I have, on April 2, 2019, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through regular first class mail.

/s/ Lincoln A. Rose
Lincoln A. Rose

1563756_3
15951-204317

2